RECEIVED

JAN 1 0 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Montague Green | Civil Action No. 6:16-cv-1425 |
| versus | Judge Rebecca F. Doherty |
| Jonathan Freedle and Ace American Insurance Co. | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion to remand (Doc. 8) is DENIED, consistent with the report and recommendation.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this

_10__ day of _January_, 2017.

**REBECCA F. DOHERTY**
**UNITED STATES DISTRICT JUDGE**